IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02135-MSK-KLM

DAVID DURAN,

    Plaintiff,

v.

CHARLES SCHWAB & CO., INC.,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order [#27]**[1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#27-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: January 5, 2015

---

[1] "[#27]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.