IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-02135-MSK-CBS              Date: February 3, 2015
Courtroom Deputy: Brandy Simmons           FTR – Reporter Deck-Courtroom A402

*Parties:*                                                              *Counsel:*

DAVID DURAN,                                              Ronnie Fischer

Plaintiff,

v.

CHARLES SCHWAB & CO, INC.,                   David Powell
                                                                        Roger Trim

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session: 10:58 a.m.**
Court calls case. Appearances of counsel.

Parties discuss Motion to Modify Scheduling Order [33] filed on January 21, 2015.

The Motion is GRANTED and the Scheduling Order is modified as follows:

    Expert witness deadline: February 27, 2015;
    Rebuttal witness deadline: March 30, 2015;
    Discovery deadline: April 30, 2015;
    Dispositive motion deadline: May 30, 2015.

HEARING CONCLUDED.

**Court in recess: 11:02 a.m.**
Total time in court: 00:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.