## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02135-MSK-NYW

DAVID DURAN,

Plaintiff,

v.

CHARLES SCHWAB & CO, INC.,

Defendant.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

    This civil action is before the court on Defendant Charles Schwab & Co., Inc.'s ("Defendant") Motion to Modify Scheduling Order, filed May 15, 2015 [#46] (the "Motion"). Pursuant to the Order Referring Case dated September 25, 2014 [#19], the Reassignment dated April 29, 2015 [#45], and the Memorandum dated May 18, 2015 [#47], the Motion is before this Magistrate Judge.

    IT IS ORDERED THAT the Motion is GRANTED. Accordingly, IT IS ORDERED THAT:

        (1) The Discovery Cut-Off in this case is re-set to **May 20, 2015**;

        (2) The Dispositive Motion Deadline is re-set to **June 19, 2015**.

DATED May 20, 2015